# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2008

Clifford W. Taylor,
Chief Justice

135752

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

NATHANIEL JAMES SESSIONS,
　　　　Defendant-Appellant.

SC: 135752
COA: 275023
Isabella CC: 06-000941-FH

_____/

　　　　On order of the Court, the application for leave to appeal the January 8, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　　KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2008

_____
Clerk

t0528